## FOURTH DEPARTMENT, MAY, 1979

### (May 18, 1979)

■ In the Matter of LOURETHA WALKER et al., Appellants, v FRED BUSCAGLIA et al., Respondents.—Motion granted in accordance with the following memorandum: A principal question raised on the pending appeal is the jurisdiction of the Erie County Family Court to rule on the public assistance eligibility of minors living separate from their parents and apart from the parental home. In view of this, the order is stayed only insofar as it directs Family Court to entertain jurisdiction and hold hearings which relate to the eligibility of petitioners to public assistance and otherwise the motion is denied. Present—Dillon, P. J., Cardamone, Simons, Callahan and Moule, JJ.

■ In the Matter of the COUNTY OF ERIE, Respondent, v LOCAL 1095, et al., Appellants.—Motion granted and appeal dismissed (see *Cremona & Co. v Dell,* 6 AD2d 719).

■ JOHN MULLEN, Respondent, v SIBLEY LINDSAY & CURR Co. et al., Appellants.—Motion for extension of time to file respondent's briefs denied as unnecessary (see 22 NYCRR 100.7 [a]).

■ In the Matter of KEVIN T.—Motion granted and appeal dismissed (see *Matter of Tony M.,* 44 NY2d 899).

### (May 22, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEWEY JOSEPH AYERS, Appellant.—Judgment, insofar as it imposes sentence, unanimously reversed, on the law, and defendant remanded to Monroe County Court for further proceedings in accordance with memorandum, and otherwise judgment affirmed. Memorandum: At the time of sentencing defendant as a second felony offender, the court summarily rejected defendant's efforts to challenge the validity of the predicate felony on constitutional grounds. This was error. A hearing was required. (CPL 400.21, subd 7, par [b]; see *People v Johnson,* 62 AD2d 1174; *People v Thompson,* 60 AD2d 765; *People v Fraser,* 54 AD2d 965; *People v Lindbergh,* 33 AD2d 800.) We have reviewed defendant's other contentions and have found them to be without merit. (Appeal from judgment of Monroe County Court—robbery, first degree.) Present—Simons, J. P., Hancock, Jr., Callahan, Witmer and Moule, JJ.